## SUPREME COURT.

### WENDELL agt. MITCHELL AND OTHERS.

An answer can not be amended in matters of substance, where it sets up title, and is the same put in before a justice of the peace to remove a cause.

*Warren Special Term, August* 1850.

A. MEEKER, moved to amend an answer.    The suit was commenced before a justice of the peace; a plea of title interposed, &c., and on a suit being brought in this court, the same answer *in totidem verbis* was put in, and the cause referred; and before report, this motion was made upon sufficient ground if the suit had originated here.    He cited the Code, sections 122, 173, 177, and insisted that the court might amend all pleadings for the furtherance of justice.

J. W. CULVER, contra, cited 12 *Wendell*, 207; 11 *id.* 642; 15 *id.* 237; 2 *id.* 647; 4 *Denio*, 175; 3 *How. Pr. R.* 391.

HAND, Justice—denied the motion.    He thought a party could put his pleadings below in proper form here; or, however inartificially drawn, this court could treat them as in proper form, but could not amend so as to affect them in matters of substance.

Motion denied.